*Judge Buchwald*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CHARLIE COLON,

        Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr.

**08 CRIM 267**

## COUNT ONE

The Grand Jury charges:

On or about March 8, 2008, in the Southern District of New York, CHARLIE COLON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Attempted Murder in the Second Degree, in violation of New York Penal Law 110/125.25, a Class B Felony, on or about June 1, 2007, in New York Supreme Court, Bronx County, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .380 Lorcin CAL pistol, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney