# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

## MEMO ENDORSED

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*



August 7, 2008

**BY HAND**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8|11|08

> **Re:    United States v. Charlie Colon**
> **Docket No. 08 CR 267-01(NRB)**

Dear Judge Buchwald:

Sentence is scheduled for August 12th, 2008. However, we did not receive the PSR until August 4th, 2008. Accordingly, we need a short adjournment. Both sides are available during the week of August 18th with the exception of August 20th, 21st and the morning of August 22nd. We also are available on August 25th, 26th and the morning of August 27th.

*The sentence is adjourned until August 19, 2008 at 4 p.m.*

Respectfully submitted,

**PHILIP L. WEINSTEIN**
Assistant Federal Defender

*So Ordered,*
*usdJ*
*8/11/08*

PLW/hcs

cc:  Natalie Lamarque, Esq.
     Assistant U.S. Attorney/SDNY

     Mr. Charles Colon
     Reg. No. 60862-054, MCC New York